IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-01169-PAB-KMT

TERA HOLDERMAN,

      Plaintiff,

v.

NORTH METRO TASK FORCE,
CITY OF THORNTON, a municipality,
SERGEANT JIM GERHARDT, in his individual and official capacity,
SHERIFF DOUGLAS DARR, in his official capacity,
CHIEF RANDY NELSON, in his official capacity,
CHIEF JAMES MAY JR., in his official capacity,
CHIEF LES ACKER, in his official capacity,
CHIEF TROY SMITH, in his official capacity,
CHIEF CLINT BLACKHURST, in his official capacity,
CHIEF LEE BIRK, in his official capacity, and
CHIEF TOM DELAND, in his official capacity,

      Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

      This matter comes before the Court on the Motion by Plaintiff to Dismiss With

Prejudice All Claims Against Individuals [Docket No. 25].  The Court has reviewed the

pleading and is fully advised in the premises.  It is

      **ORDERED** that the Motion by Plaintiff to Dismiss With Prejudice All Claims

Against Individuals [Docket No. 25] is GRANTED.  It is further

      **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against

defendants Sergeant Jim Gerhardt, Sheriff Douglas Darr, Chief Randy Nelson, Chief

James May Jr., Chief Les Acker, Chief Troy Smith, Chief Clint Blackhurst, Chief Lee

Birk, and Chief Tom Deland are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED October 15, 2013.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge